IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES | : | CRIMINAL ACTION |
| of AMERICA | : | |
| | : | |
| v. | : | |
| | : | |
| HARRY KATZIN, et al. | : | No. 11-226 |

## ORDER

**AND NOW**, this __th day of May, 2012, upon consideration of Mark Katzin's Omnibus Pretrial Motions (Docket No. 41), Michael Katzin's Motion to Suppress (Docket No. 42), Harry Katzin's Motion to Suppress (Docket No. 43), the Government's opposition thereto (Docket No. 47), and supplemental briefing filed by all parties (Docket Nos. 48, 68, 69, 70), and following evidentiary hearings on September 15, 2011 and April 24, 2012, it is hereby **ORDERED** that Defendants' Motions (Docket Nos. 41, 42, 43) are **GRANTED** to the extent that they seek to suppress evidence seized on December 16, 2010 from the Dodge Caravan titled in Harry Katzin's name.  To the extent that the Motions raise additional issues, the Motions are hereby **DENIED** without prejudice.  Furthermore, Defendant Michael Katzin's Motion for Joinder to Supplemental Memoranda of Co-Defendants (Docket No. 71) is hereby **GRANTED**.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE